JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       vs.<br><br>Cheryl D. Green, aka Cheryl Denise Tobin,<br><br>            Defendant | No. CV A 12-10542<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Cheryl D. Green, aka Cheryl Denise Tobin, in the principal amount of $1,751.66 plus interest accrued to December 5, 2012, in the sum of $4,586.21; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$6,337.87**.

DATED: December 17, 2012        By: Terry Nafisi
                                    Clerk of the Court

                                    /s/ B. Pacillas
                                    Deputy Clerk
                                    United States District Court

Page 5